# LAW OFFICE OF ROBIN C. SMITH, ESQ., P.C.

Hon. Thomas J. McAvoy
United States District Judge
James T. Foley – U.S. Courthouse
Northern District of New York
445 Broadway
Albany, New York 12207-2924

March 22, 2016

Re:   *United States v. Marcel Malachowski, NDNY docket 09-cr-125(TJM)*
      *2d Cir. docket 14-203-cr*

Your Honor:

I am writing at Mr. Malachowski's request.  In response to Malachowski's motion for reconsideration of the Court's order denying his motion to amend the presentence report, the government filed its response on March 8, 2016. Mr. Malachowksi just received the government's response today, March 22, 2016.  He respectfully requests ten days or to April 1, 2016, to file a reply.

        Very truly yours,

        Robin C. Smith